# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD D. LOWERY,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)  Civil No.  17-cv-845-JGP-CJP<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Howard D. Lowery and against defendant Commissioner of Social Security.

DATED: March 27, 2018

                                                **JUSTINE FLANAGAN,**
                                                **Acting Clerk of Court**

                                                **BY: s/Tina Gray**
                                                       **Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**